

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2015

No. 04-14-00899-CV

Laura Leticia Zepeda **VASQUEZ**, Individually and on behalf of the Estate of Jose Abraham Vasquez,Jr.,
Appellants

v.

**LEGEND NATURAL GAS III, LP**; Legend Natural Gas, LLC; Lewis Energy Group, LP; and Lewis Petro Properties, Inc,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 14-07-00119-CVL
Honorable Stella Saxon, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on March 31, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court